# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

*David E. Patton*
Executive Director
and Attorney-in-Chief

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/17/2020

*Southern District of New York*
Jennifer L. Brown
Attorney-in-Charge

November 17, 2020

**By ECF**

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

APPLICATION GRANTED
SO ORDERED

/s/ John G. Koeltl
John G. Koeltl, U.S.D.J.

Re: United States v. Felix Camilo Polanco, 20 Cr. 599 (JGK)

Honorable Judge Koeltl:

I write, without objection from Pretrial or the Government, to request that the Court modify the terms of Mr. Camilo Polanco's bond to allow him to travel within the District of New Jersey.

Mr. Camilo Polanco was arrested on September 22, 2020 and was presented the next day on a complaint alleging three counts of narcotics distribution in violation of 21 U.S.C. § 841(b)(1)(C). On November 10, 2020, he was indicted on the same charges, and the case was assigned to this Court. At the time of his presentment on September 23, 2020, Mr. Camilo Polanco was released on a $50,000 personal recognizance bond signed by two financially responsible persons. The conditions of Mr. Camilo Polanco's bond include a restriction limiting his travel to the Southern and Eastern Districts of New York.

Mr. Camilo Polanco now seeks permission to travel within the District of New Jersey so that he can visit regularly with his cousins, who reside in the city of Clifton. As noted, neither Pretrial nor the Government objects to this request. Thank you for considering it.

Respectfully submitted,

/s/ Ariel Werner
Ariel Werner
Assistant Federal Defender
(212) 417-8770

CC: Assistant U.S. Attorney Benjamin Schrier