**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

March 16, 2021

By ECF

Honorable John G. Koeltl
United States District Judge
Southern District of New York

**Re: United States v. Felix Camilo Polanco, 20 Cr. 599 (JGK)**

Dear Judge Koeltl:

By this letter Felix Camilo Polanco respectfully requests to withdraw his December 2, 2020 motion to dismiss the indictment (ECF No. 13). Mr. Camilo Polanco expects to reach a disposition with the Government in the near future and accordingly wishes to withdraw his motion to dismiss.

Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Assistant Federal Defender
212.417.8792

jonathan_marvinny@fd.org

cc: Benjamin Schrier, Esq.

---

```
The motion to dismiss is withdrawn. The Clerk is directed to
close docket number 13.

SO ORDERED.

New York, New York      /s/ John G. Koeltl
March 17, 2021          John G. Koeltl
```