**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

       - against -                       20 Cr. 599 (JGK)

**FELIX CAMILO POLANCO,**                 <u>ORDER</u>

           **Defendant.**

**JOHN G. KOELTL, District Judge:**

    The conference is adjourned to **April 2, 2021** at **10 a.m.**

    Because a continuance is needed to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **March 30, 2021,** until **April 2, 2021,** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

**Dated:**    **New York, New York**
            **March 30, 2021**                     <u>/s/ John G. Koeltl</u>
                                                  **John G. Koeltl**
                                      **United States District Judge**