March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -v-

Felix Camilo Polanco,

          Defendant(s).

---------------------------------------------------------------X

**CONSENT TO PROCEED BY VIDEO CONFERENCE**

20 -CR- 599 ( JGK ) (     )

Defendant _Felix Camilo Polanco_ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

___ Status and/or Scheduling Conference

_X_ Plea/Trial/Sentence

/s/ Felix Camilo Polanco
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

/s/ Jonathan Marvinny
_____
Defense Counsel's Signature

Felix Camilo Polanco
_____
Print Defendant's Name

Jonathan Marvinny
_____
Print Defense Counsel's Name

This proceeding was conducted by reliable video conference technology.

April 2, 2021
_____
Date

/s/ John G. Koeltl
_____
U.S. District Judge