# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
*Executive Director*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

July 22, 2021

By ECF

Honorable John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re:  United States v. Felix Camilo Polanco, S1 20 Cr. 599 (JGK)**

Dear Judge Koeltl:

I write to respectfully request that the Court adjourn the deadline for Felix Camilo Polanco's sentencing submission by one business day, from Friday, July 23, to Monday, July 26. The Government consents to this request. I make this request because I need additional time to complete Mr. Camilo's submission, including by finishing collecting letters of support from his family. This request should not impact the August 6 sentencing date.

Thank you for your attention to this matter.

Sincerely,

/s/ Jonathan Marvinny
Jonathan Marvinny
Federal Defenders of New York
212.417.8792
jonathan_marvinny@fd.org

APPLICATION GRANTED
SO ORDERED

John G. Koeltl, U.S.D.J.

7/22/21